# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



FILED
1:41 pm, 10/20/17
Stephan Harris
Clerk of Court

| | |
|---|---|
| Jon Stephenson<br><br>                        Plaintiffs,<br><br>vs<br><br>Laramie County School District No. 1, et al<br><br>                        Defendants. | Case Number: 16-CV-91-SWS |

## JUDGMENT IN A CIVIL ACTION

Pursuant to the Order entered October 20, 2017 GRANTING parties' Stipulation for voluntary dismissal with prejudice   [ECF No. 121]. ,

IT IS HEREBY ORDERED that the above-captioned matter, including the First Amended Complaint and all of its underlying claims and causes of action, be, and the same hereby is dismissed with prejudice, with the parties to bear their own costs and attorney's fees.

Dated this 20th day of October, 2017.

Stephan Harris
Clerk of Court

 By Crystal Toner
Deputy Clerk